UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DWAYNE RODRIGUEZ,

                Plaintiff,

   -against-

CITY OF YONKERS, DENNIS MOLINA, R. CLERIGO, CALLAHAN, JACKSON, GOMALLY, BLAKE, BELLUSCIO, CLAYTON, ALMONTE, GOGAIALLO, BUCHANAN, COLLINS, WESTCHESTER COUNTY, CORRECT CARE SOLUTIONS D/B/A CCS, ARAMARK CORRECTIONAL SERVICES, LLC,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/17/2022

No. 19 CIV 2120 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

    Plaintiff Dwayne Rodriguez ("Plaintiff"), proceeding *pro se*, commenced this action pursuant to 42 U.S.C. § 1983 against the City of Yonkers, Yonkers Police Officers Dennis Molina, R. Clerigo, Callahan, Jackson, Gormally, Blake, Belluscio, Clayton, Almonte, Gogaiallo, Buchanan, and Collins, Westchester County, Aramark Correctional Services, LLC ("Aramark"), and Correct Care Solutions, LLC ("CCS") on March 7, 2019. (ECF No. 2.) On December 20, 2021, this Court issued an order directing Plaintiff to show cause in writing by January 19, 2022 why this action would not be dismissed without prejudice for want of prosecution pursuant to Fed. R. Civ. P. 41(b). (ECF No. 52.)

    As discussed in the order to show cause (*id.*), Plaintiff did not file an Amended Complaint after the Court granted Defendants Westchester County and Aramark and CCS's unopposed motions to dismiss on July 17, 2021. (ECF No. 50.) Plaintiff has taken no action in this matter since his filings in June 2019. (*See* ECF Nos. 11–25.)

1

Plaintiff has failed to respond to the Court's December 20, 2021 Order. As the Court warned in its Order, pursuant to Federal Rule of Civil Procedure 41(b), the Court dismisses Plaintiff's action without prejudice.

The Clerk of Court is respectfully directed to close the case and to mail a copy of this Order to Plaintiff at his address listed on ECF and to show service on the docket.

Dated: February 17, 2022  
       White Plains, New York

SO ORDERED:

_____  
NELSON S. ROMÁN  
United States District Judge